# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>        Plaintiff(s),<br><br>    v.<br><br>ALL FUNDS AND ASSETS, INCLUDING SECURITIES AND INVESTMENTS, ON DEPOSIT IN FALCON PRIVATE BANK LIMITED ACCOUNT NUMBERS '6001 AND '6001.1001<br><br>        Defendant(s). | CASE NO.<br>2:20−cv−05914−DSF−PLA<br><br>**Order to Show Cause re Dismissal for Lack of Prosecution** |

    Generally, defendants must answer the complaint within 21 days after service or 60 days if the defendant is the United States. Fed. R. Civ. P. 12(a)(1).

    In this case, All Funds and Assets, Including Securities and Investments, on Deposit in Falcon Private Bank Limited Account Numbers '6001 and '6001.1001 failed to plead or otherwise defend within the relevant time. The Court orders plaintiff to show cause in writing on or before November 18, 2020 why the claims against the non-appearing defendant(s) should not be dismissed for lack of prosecution. Failure to respond to this Order may result in sanctions, including dismissal for failure to prosecute.

    IT IS SO ORDERED.

Date: November 4, 2020                          /s/ *Dale S. Fischer*
                                                    Dale S. Fischer
                                                    United States District Judge